JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>OPTION ONE FINANCE, LLC, a Arizona Limited Liability Company, TETON WILSON, an individual,<br><br>        Defendants. | SA CV 15-cv-02060-DOC-DFM<br><br>**JUDGMENT** |

# **JUDGMENT**

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendants OPTION ONE FINANCE, LLC, and TETON WILSON, jointly and severally.

Defendants OPTION ONE FINANCE, LLC, and TETON WILSON, jointly and severally, must pay Plaintiff PAUL SAPAN the sum of Three Thousand Five Hundred Dollars ($ 3,500).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: April 8, 2016

_____
Honorable David O. Carter